## STATE OF FLORIDA v SCHWARTZ
Case No. 85-261 AC

Eleventh Judicial Circuit, Appellate Division, Dade County

December 2, 1986

### APPEARANCES OF COUNSEL

**Jim Smith,** Attorney General, and **Nancy C. Wear,** Assistant Attorney General, for appellant.

**Barry D. Silverstein** for appellee.

Before SIMONS, SALMON, ROBINSON, JJ.

### OPINION OF THE COURT

PER CURIAM.

Appellant appeals the granting of a sworn Motion to Dismiss. We reverse and remand for trial.

The sworn motion to dismiss which was granted by the Court was not a statement of facts as contemplated by Fla. R. Crim. P. 3.190(C)(4) and was legally insufficient on its face to even require a traverse by the State. See *State v. Terrell,* 406 So.2d 1215 (Fla. 3d DCA 1981), *State v. Pena-Salazar,* 405 So.2d 254 (Fla. 3d DCA 1981). Having reached this initial conclusion, the remaining points on appeal need not be addressed.

REVERSED.